No. 80–304. MASSARELLA *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–343. LEWIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–356. INDEPENDENT INSURANCE AGENTS OF AMERICA, INC., ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. D. C. Cir. Certiorari denied.

No. 80–387. HARDING, DAHM & CO., INC. *v.* LIGHTSEY. C. A. 7th Cir. Certiorari denied.

No. 80–388. STEPNEY *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 80–402. J. P. STEVENS & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–403. GOULD, DBA BROKERS FOR AGRICULTURAL COOPERATIVE ASSNS. *v.* INTERSTATE COMMERCE COMMISSION. C. A. 3d Cir. Certiorari denied.

No. 80–428. MANGES ET AL. *v.* COUNTY OF DUVAL ET AL. Ct. Civ. App. Tex., 4th Sup. Jud. Dist. Certiorari denied.

No. 80–436. TURKISH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–437. ARSHAL *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–443. REEVES *v.* INTERNATIONAL TELEPHONE & TELEGRAPH CORP. ET AL. C. A. 5th Cir. Certiorari denied.